IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JORGE L NIEBLA,

    Plaintiff,
v.                                        CASE NO. 4:06-cv-00341-RH-AK

JUDGE LACEY A COLLIER,
JUDGE MILES DAVIS,
JUDGE WILLIAM C SHERRILL, JR,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Motion for Voluntary Dismissal. (Doc. 8). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and this cause **DISMISSED**.

**DONE AND ORDERED** this **28th** day of August, 2006

                **s/ A. KORNBLUM**
                **ALLAN KORNBLUM**
                **UNITED STATES MAGISTRATE JUDGE**